IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:15-cv-209-D

| | |
|---|---|
| LARRY D. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| NANCY BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $7,439.75 for attorney fees, representing 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,319.25.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $7,439.75 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

SO ORDERED. This __20__ day of June 2017.

JAMES C. DEVER III
Chief United States District Judge