UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LARRY D. MITCHELL,           )
                             )
            Plaintiff,       )
                             )    **JUDGMENT IN A CIVIL CASE**
      v.                     )
                             )    **CASE NO. 5:15-CV-209-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,          )
            Defendant.       )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action being submitted to the Court for an Order upon Plaintiffs showing that the Commissioner of Social Security should pay the sum of $7,439.75 for attorney fees, representing 25% of Plaintiffs accrued back benefits, to be paid from Plaintiffs back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,319.25. It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $7,439.75 from Plaintiffs back benefits and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on June 20, 2017, and Copies To:**

| | |
|---|---|
| Bethany Morris Hukill | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |

DATE:                          PETER A. MOORE, JR., CLERK
June 20, 2017              (By)  /s/ Nicole Briggeman
                                    Deputy Clerk